UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-212-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| LAILA MERCHANT | ) | |
| | ) | |

Upon motion of the United States of America, it is hereby ORDERED that Docket Entry 20 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and counsel for the defendant.

This the 30th day of October 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge