UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-212-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| LAILA MERCHANT ) | |

Upon motion of the United States of America, it is hereby ORDERED that Docket Entry 33 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and counsel for the defendant.

This the 1st day of February 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge