FILED IN OPEN COURT
ON 4/7/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-212-H-1

UNITED STATES OF AMERICA     :
                             :
     v.                      :
                             :
LAILA MERCHANT               :

## ORDER OF FORFEITURE

In the Criminal Information in the above action, the United States sought forfeiture of property from the defendant, Laila Merchant, pursuant to 18 U.S.C. § 982(a)(2)(A), as proceeds of the unlawful activity of the defendant as charged in the Criminal Information.

The defendant pled guilty to the Criminal Information and agreed to forfeit the property cited in the Criminal Information, that is, any proceeds the defendant obtained directly or indirectly as a result of the said offenses.

Based on the defendant's guilty plea and further evidence of record, the amount of gross proceeds to be forfeited is at least $88,647.00, an amount not currently in the possession of or its whereabouts known to the Government.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendant's guilty plea and agreement, the above-listed $88,647.00 in gross proceeds is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This 17th day of April 2018.

MALCOLM J. HOWARD
Senior United States District Judge