IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-212-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | )<br>)<br>) **ORDER** |
| LAILA MERCHANT, | )<br>) |
| Defendant. | )<br>)<br>) |

This matter is before the court on defendant's letter [DE #52] which this court construes as a motion to alter her restitution payments. The government has responded, and this matter is ripe for adjudication.

During incarceration, repayment of fines is governed by the BOP's Inmate Financial Responsibility Program (IFRP), a voluntary program designed to assist inmates in meeting their financial responsibilities.

While participation in the IFRP is voluntary, refusing to participate in the program results in the denial of certain expressly defined privileges. For example, inmates who refuse to participate in the program are not ordinarily eligible for

1

furloughs, are limited to maintenance pay, are restricted from placement in UNICOR (the BOP's industries program), are limited in their monthly commissary spending limits, are quartered in the lowest housing unit status, etc. Id.

This court has no authority to intervene in the BOP's Inmate Financial Responsibility Program. Additionally, defendant has provided no legal basis for altering her judgment. Therefore, defendant's motion [DE #52] is DENIED.

This 2nd day of December.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26